# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CRAIG STIFF                                                                                          PLAINTIFF

V.                                        5:14CV00055 JTR

L. EVANS, Jailer,
Dermott City Jail, et al.                                                                    DEFENDANTS

## ORDER[1]

Plaintiff has filed a Motion arguing that he should be granted summary judgment, as discovery sanction, because Defendants failed to timely comply with the January 12, 2015 Order directing them to produce certain documents. *Docs. 46 & 48*. On March 23, 2015, the Court entered an Order resolving that discovery dispute without imposing any sanctions. *Doc. 49*.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Summary Judgment *(Doc. 48)* is DENIED.

Dated this 25th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 12, 2014, the parties consented to proceed before a United States Magistrate Judge. *Doc. 17*.